UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOSEPH G. & CAROLINE T. ALEJANDRO, | ) | Case No. 06-02828-ERW |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

**Trustee's Final Report**

To:  The Honorable Eugene R. Wedoff
     United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.     The Petition commencing this case was filed on March 21, 2006. Joseph A. Baldi, Trustee was appointed Trustee on the March 21, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's final account as of December 31, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $3,024.78 |
| b. | DISBURSEMENTS (See Exhibit C) | $3.50 |
| c. | NET CASH available for distribution | $3,021.28 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.   Trustee compensation requested | $584.34 |
| | 2.   Trustee Expenses | $0.00 |
| | 3.   Compensation requested by attorney or other professionals for trustee | |

(a.)   Joseph A. Baldi & Associates, P.C.          $1,602.00
*Attorney for Trustee Fees (Trustee Firm)*

5.   The Bar Date for filing unsecured claims expired on September 28, 2006.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $2,186.34 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $129.54 |
| f. | Interest on unsecured claims | $17.96 |
| g. | Surplus to Debtors | $687.44 |

7.   Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest.

8.   The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE *Trustee Compensation* | $0.00 | $584.34 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. *Attorney for Trustee* | $0.00 | $1,602.00 | $0.00 |

9.   A fee of $1,500.00 was paid to Debtors' Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: _January 14, 2009_

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

Joseph & Caroline Alejandro
Case No. 06-02828

Tasks Completed by Trustee

Exhibit A

## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A.    Trustee investigated the Debtors' interest in a 2005 Dodge Magnum automobile ("Property"); Trustee directed his attorneys to negotiate for the sale of the Debtors' equity in the Property; Trustee directed his attorneys to prepare and file the Trustee's Motion to Sell Property; pursuant to this Court's order dated December 19, 2006, Trustee sold the Property to the Debtors;

B.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.    Trustee examined proofs of claim filed against the Estate;

F.    Trustee analyzed the tax issues of the Estate; and

G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

EXHIBIT A

Form I

Individual Estate Property Record and Report

Exhibit B

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No.: | 06-02828   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ALEJANDRO, JOSEPH G | Date Filed (f) or Converted (c) | 03/21/06 (f) |
| | ALEJANDRO, CAROLINE T | 341(a) Meeting Date | 05/12/06 |
| For Period Ending: 01/07/09 | | Claims Bar Date: | 09/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Property | 109,000.00 | 0.00 | | 0.00 | FA |
| Single Family Residence located at 248 W. Elmwood Drive, Chicago Heights, IL. | | | | | |
| 2. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts | 200.00 | 0.00 | | 0.00 | FA |
| Heritage Bank Checking Account | | | | | |
| 4. Household Goods & Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books and Art Objects | 100.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Interests-IRA, ERISA, KEOGH, & etc | Unknown | Unknown | | 0.00 | FA |
| Debtor's interest in employer 401(k) plan | | | | | |
| 8. Other Contingent Unliquidated Claim | 3,900.00 | 0.00 | | 0.00 | FA |
| Possible 2005 IRS and State of Illinois Tax Refunds | | | | | |
| 9. Automobiles and Other Vehicles | 3,500.00 | 0.00 | | 0.00 | FA |
| 2001 Chrysler PT Cruiser (60,000 miles) | | | | | |
| 10. Automobiles and Other Vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 1990 Chevy Van | | | | | |
| 11. Automobiles and Other Vehicles | 1,700.00 | 0.00 | | 0.00 | FA |
| 2001 Ford Escort | | | | | |
| 12. Automobiles and Other Vehicles | 8,000.00 | 3,000.00 | | 3,000.00 | FA |
| 2005 Dodge Magnum | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 24.78 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $129,720.00 | $3,000.00 | | $3,024.78 | $0.00 |

(Total Dollar Amount in Column 6)

Ver: 14.11

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

#### ASSET CASES

Page:   2

| | |
|---|---|
| Case No: | 06-02828   ERW   Judge: Eugene R. Wedoff |
| Case Name: | ALEJANDRO, JOSEPH G |
| | ALEJANDRO, CAROLINE T |

| | |
|---|---|
| Trustee Name | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 03/21/06 (f) |
| 341(a) Meeting Date: | 05/12/06 |
| Claims Bar Date: | 09/28/06 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigated interest in home and determined no equity;  Negotiated repurchase of estate's interest in Debtors' auto for $3,000 in (8) installments.
Obtained court approval of same.  Bar date set.  Will review claims and close case once final installment is rec'd .  Final installment rec'd in Oct.
07.  TFR prepared to submitt to UST in January 2009.

Initial Projected Date of Final Report (TFR): 12/31/07          Current Projected Date of Final Report (TFR): 09/01/08

LFORM1

Ver: 14.11

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2                                                                    Page:    1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          06-02828 -ERW                           Trustee Name:          Joseph A. Baldi, Trustee
Case Name:        ALEJANDRO, JOSEPH G                     Bank Name:             Bank of America, N.A.
                  ALEJANDRO, CAROLINE T                   Account Number / CD #:  *******0627 Money Market Account (Interest Earn

Taxpayer ID No:   *******3064
For Period Ending: 01/07/09                               Blanket Bond (per case limit):  $  5,000,000.00
                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/06 | 12 | JOSEPH G. ALEJANDRO 248 W. Elmwood Drive Chicago Heights, Il 60411 | Initial Installment on Auto Sale | 1129-000 | 500.00 | | 500.00 |
| 12/19/06 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL. 60411 | Installment 2 of 10 | | 275.00 | | 775.00 |
| | 12 | ALEJANDRO | Memo Amount        275.00 Installment 2 of 10 | 1129-000 | | | |
| 12/29/06 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 0.49 | | 775.49 |
| 01/23/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL. 60411 | Installment #3 | 1129-000 | 275.00 | | 1,050.49 |
| 01/31/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 0.70 | | 1,051.19 |
| 02/20/07 | | Transfer to Acct #*******0850 | Bank Funds Transfer | 9999-000 | | 0.65 | 1,050.54 |
| 02/28/07 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.81 | | 1,051.35 |
| 03/01/07 | 12 | JOSEPH G. ALEJANDRO 248 W. Elmwood Drive Chicago Heights, Il 60411 | Installment 4 | 1129-000 | 275.00 | | 1,326.35 |
| 03/27/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL. 60411 | Installment #5 | 1129-000 | 275.00 | | 1,601.35 |
| 03/30/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.11 | | 1,602.46 |
| 04/30/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL. 60411 | Installment No. 6 | 1129-000 | 275.00 | | 1,877.46 |
| 04/30/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.32 | | 1,878.78 |
| 05/03/07 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-003 | 0.09 | | 1,878.87 |
| 05/03/07 | | Transfer from Acct #*******0850 | Bank Funds Transfer | 9999-000 | 1,878.87 | | 3,757.74 |
| | | | Page Subtotals | | 3,758.39 | 0.65 | |

Ver: 14 11

I.FORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page    2

| Case No: | 06-02828 -ERW | | Trustee Name | Joseph A. Baldi, Trustee |
| Case Name | ALEJANDRO, JOSEPH G | | Bank Name: | Bank of America, N.A. |
| | ALEJANDRO, CAROLINE T | | Account Number / CD #: | *******0627 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3064 | | | |
| For Period Ending: | 01/07/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Final Posting and transfer made in error during the final distribution of another case (Michael Querrey). Redeposit funds upon discovery of error.  ECB | | | | |
| 05/03/07 | | Transfer to Acct #*******0850 | Final Posting Transfer Redeposit funds transferred in error. | 9999-000 | | 1,878.87 | 1,878.87 |
| 05/29/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  Il. 60411 | Installment # 7 | 1129-000 | 275.00 | | 2,153.87 |
| 05/31/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.58 | | 2,155.45 |
| 06/26/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  Il. 60411 | Installment #8 | 1129-000 | 275.00 | | 2,430.45 |
| 06/29/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.78 | | 2,432.23 |
| 07/31/07 | 13 | Bank of America, N.A | Interest Rate  1.000 | 1270-000 | 2.07 | | 2,434.30 |
| 08/08/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  Il. 60411 | Installment #9 | 1129-000 | 275.00 | | 2,709.30 |
| 08/27/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  Il. 60411 | Installment #10 | 1129-000 | 275.00 | | 2,984.30 |
| 08/31/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 2.22 | | 2,986.52 |
| • 09/18/07 | 13 | Reverses Interest on 05/03/07 | INTEREST REC'D FROM BANK Need to reverse 5/3 entry of interest which was posted when Final Posting Transfer occurred in error (ECB was closing a separate case and entered transfer of funds on screen of this case).  Final Posting entry was reversed but 5/3 interest entry was lnot, resulting in excess interest of .09.  Reversing the 5/3 interest posting reconciles account.  ECB  9/18/07 | 1270-003 | -0.09 | | 2,986.43 |
| 09/28/07 | 13 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 1.90 | | 2,988.33 |

Page Subtotals     1,109.46          1,878.87

LFORM24

Ver: 14.11

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| | |
|---|---|
| Case No: | 06-02828 -ERW |
| Case Name: | ALEJANDRO, JOSEPH G |
| | ALEJANDRO, CAROLINE T |
| Taxpayer ID No: | *******3064 |
| For Period Ending: | 01/07/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0627 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/04/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL  60411 | Final Installment | 1129-000 | 25.00 | | 3,013.33 |
| 10/31/07 | 13 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 1.92 | | 3,015.25 |
| 11/30/07 | 13 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 1.61 | | 3,016.86 |
| 12/31/07 | 13 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 1.44 | | 3,018.30 |
| 01/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 1.20 | | 3,019.50 |
| 02/19/08 | | Transfer to Acct #*******0850 | Bank Funds Transfer | 9999-000 | | 2.85 | 3,016.65 |
| 02/29/08 | 13 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 0.72 | | 3,017.37 |
| 03/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.71 | | 3,018.08 |
| 04/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.62 | | 3,018.70 |
| 05/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,019.08 |
| 06/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.37 | | 3,019.45 |
| 07/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,019.83 |
| 08/29/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,020.21 |
| 09/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,020.59 |
| 10/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.29 | | 3,020.88 |
| 11/28/08 | 13 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.24 | | 3,021.12 |
| 12/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 3,021.28 |

Page Subtotals        35.80        2.85

Ver  14 11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 06-02828 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ALEJANDRO, JOSEPH G | | Bank Name: | Bank of America, N.A. |
| | ALEJANDRO, CAROLINE T | | Account Number / CD #: | *******0627  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3064 | | | |
| For Period Ending: | 01/07/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 275.00 | COLUMN TOTALS | 4,903.65 | 1,882.37 | 3,021.28 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 1,878.87 | 1,882.37 | |
| | | | | Subtotal | 3,024.78 | 0.00 | |
| | | Memo Allocation Net | 275.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 3,024.78 | 0.00 | |

Page Subtotals                    0.00              0.00

LFORM24

Ver: 14.11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page   5

| Case No: | 06-02828 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ALEJANDRO, JOSEPH G | | Bank Name: | Bank of America, N.A. |
| | ALEJANDRO, CAROLINE T | | Account Number / CD #: | *******0850 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3064 | | | |
| For Period Ending: | 01/07/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0627 | Bank Funds Transfer | 9999-000 | 0.65 | | 0.65 |
| 02/20/07 | 001001 | International Sureties, Ltd | | 2300-000 | | 0.65 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 05/03/07 | | Transfer from Acct #*******0627 | Final Posting Transfer | 9999-000 | 1,878.87 | | 1,878.87 |
| | | | Redeposit funds transferred in error. | | | | |
| 05/03/07 | | Transfer to Acct #*******0627 | Bank Funds Transfer | 9999-000 | | 1,878.87 | 0.00 |
| | | | Final Posting and transfer made in error during the | | | | |
| | | | final distribution of another case (Michael Querrey). | | | | |
| | | | Redeposit funds upon discovery of error.  ECB | | | | |
| 02/19/08 | | Transfer from Acct #*******0627 | Bank Funds Transfer | 9999-000 | 2.85 | | 2.85 |
| 02/19/08 | 001002 | International Sureties | Bond Premium Payment | 2300-000 | | 2.85 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,882.37 | 1,882.37 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,882.37 | 1,878.87 | |
| Memo Allocation Net: | 0.00 | Subtotal | | 0.00 | 3.50 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 3.50 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 275.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - *******0627 | 3,024.78 | 0.00 | 3,021.28 |
| Total Memo Allocation Net: | 275.00 | Checking Account (Non-Interest Earn - *******0850 | 0.00 | 3.50 | 0.00 |
| | | | 3,024.78 | 3.50 | 3,021.28 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

| | | | |
|---|---|---|---|
| | Page Subtotals | 1,882.37 | 1,882.37 |

LFORM24

Ver: 14.11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

| Case No: | 06-02828 -ERW |
| Case Name: | ALEJANDRO, JOSEPH G |
| | ALEJANDRO, CAROLINE T |
| Taxpayer ID No: | *******3064 |
| For Period Ending: | 01/07/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0850  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - *******0627 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account (Non-Interest Earn - *******0850 | | | | |

Page Subtotals    0.00    0.00

Ver: 14.11

LFORM24

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOSEPH G. & CAROLINE T. ALEJANDRO, | ) | Case No. 06-02828-ERW |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

### PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $2,186.34 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $129.54 |
| Interest (726(a)(5)): | $17.96 |
| Surplus to Debtor (726(a)(6)): | $687.44 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $3,021.28 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $2,186.34 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $584.34 | $584.34 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Tr. Firm)* | $1,602.00 | $1,602.00 |
| | **CLASS TOTALS** | **$2,186.34** | **$2,186.34** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

EXHIBIT D

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

EXHIBIT D

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 129.54 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Kohl's Department Store *General Unsecured 726* | $76.31 | $76.31 |
| 000002 | Citibank (USA) NA *General Unsecured 726* | $53.23 | $53.23 |
| | CLASS TOTALS | $129.54 | $129.54 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

EXHIBIT D

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 17.96[1] | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Kohl's Department Store<br>*General Unsecured 726* | $10.58 | $10.58 |
| 000002 | Citibank (USA) NA<br>*General Unsecured 726* | $7.38 | $7.38 |
| | **CLASS TOTALS** | $17.96 | $17.96 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus<br>to Debtor | $ 687.44 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Alejandro, Joseph & Caroline<br>*Surplus Funds Paid to Debtor 726* | $687.44 | $687.44 |
| | **CLASS TOTALS** | $687.44 | $687.44 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  January 14, 2009          /s/Joseph A. Baldi, Trustee

---

[1] Calculated based upon an annualized simple interest rate of 4.76% from the Petition Date through the projected distribution date of February 15, 2009

EXHIBIT D