UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 |
| ) | |
| Joseph G. and Caroline T. Alejandro, ) | Case No. 06-02828 |
| ) | |
| Debtors. ) | Hon. Eugene R. Wedoff |

**First and Final Application for Allowance and Payment of
Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Joseph G. and Caroline T. Alejandro ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $584.34 as final compensation for services rendered as trustee in this case from March 21, 2006 through the close of this case.  In support thereof, Trustee states as follows:

**Introduction**

1.     Debtors commenced this case on March 21, 2006 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.     Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     As of the commencement of this case, the Estate's primary asset was the Debtors' interest in a 2005 Dodge Magnum automobile (the "Property").

4.     The bar date for filing claims in this case was September 28, 2006.

**Prior Compensation**

5.     This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.     Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

1

**Services Rendered by Trustee**

7. Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

    A. Trustee investigated the Debtors' interest in the Property; Trustee directed his attorneys to negotiate for the sale of the Debtors' equity in the Property; Trustee directed his attorneys to prepare and file the Trustee's Motion to Sell Property; pursuant to this Court's order dated December 19, 2006, Trustee sold the Property to the Debtors;

    B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

    E. Trustee examined proofs of claim filed against the Estate;

    F. Trustee analyzed the tax issues of the Estate; and

    G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

8. As of December 10, 2008, Trustee had collected the sum of $3,024.62 on behalf of the Estate. Trustee has made $3.50 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits B and C, respectively.

**Compensation Requested**

10. During the period covered by this Application, Trustee has spent 16.90 hours rendering services on behalf of this Estate with a value of $2,879.00. Trustee estimates that he will spend an additional four hours rendering services with a value of $880.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements (to parties other than the Debtors) in this case, is $584.34 as follows:

| | |
|---|---|
| 25% of the first $2,337.34 | $584.34 |
| Total allowable compensation | $584.34 |

Trustee anticipates that there will be a surplus of funds to be returned to the Debtors ("Surplus Funds"). The Surplus Funds have been excluded from the calculation of the maximum compensation above.

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as Trustee from the time of his appointment through the closing of this case in the amount of $584.34. This amount represents

3

reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

      13.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

      14.    Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

### Status of the Case

      15.    The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

      16.    Trustee has completed and filed his Final Report simultaneously herewith. A final fee application for the Trustee's Attorneys has also been filed concurrently with this Application.

      WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Joseph G. and Caroline T. Alejandro requests the entry of an order providing the following:

      A.    Allowing to Trustee final compensation in the amount of $584.34 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from March 21, 2006 through the closing of this case;

      B.    Directing Trustee to pay the monies awarded herein from the funds in the Estate upon filing of the Trustee's Final Distribution Report; and

      C.    For such other and further relief as this Court deems appropriate.

Dated:  January 14, 2009        Joseph A. Baldi, as trustee of the estate of Joseph
                                    G. and Caroline T. Alejandro, debtors

                                  By:    /s/
                                        Joseph A. Baldi

Joseph A. Baldi, Atty I.D. No. 00100145
Elizabeth C. Berg, Atty I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

4

Trustee's Itemized Billing Statements

Exhibit A

**Joseph A. Baldi & Associates, P. C.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

Phone: (312) 726-8150
Fax:    (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

January 7, 2009
Invoice No:   1139

Joseph A. Baldi, trustee
c/o Joseph A. Baldi & Associates
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**    *Alejandro - Trustee Matters*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 10/23/2006 | JAB | Telephone call to debtor's attorney regarding sale of vehicle. | 0.40<br>$350.00/ hr | $140.00 |
| 11/29/2006 | ECB1 | E-File Motions to Hire and Sell (.4) Prepare service of Rule 2002 notice on all creditors (.4) Prep and file Certificate of Service (.2) | 1.00<br>$140.00/ hr | $140.00 |
| 11/29/2006 | ECB1 | Process and deposit check | 0.20<br>$140.00/ hr | $28.00 |
| 12/18/2006 | ECB1 | Process November 06 bank statements; Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 12/19/2006 | ECB1 | Process and deposit installment check | 0.20<br>$140.00/ hr | $28.00 |
| 12/26/2006 | ECB1 | Initial review of Form 3 Notes for Trustee 2006 Annual Report to UST | 0.10<br>$140.00/ hr | $14.00 |
| 1/15/2007 | ECB1 | Process January 07 bank statements; Reconcile estate accounts | 0.20<br>$140.00/ hr | $28.00 |
| 2/13/2007 | ECB1 | Prep of 2006 annual reports | 1.20<br>$140.00/ hr | $168.00 |
| 2/15/2007 | ECB1 | Process January 2007 bank statements (.1) Reconcile trustee bank accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 2/19/2007 | ECB1 | Prepare Blanket Bond Report (.1) Prep premium check and transmittal to International Sureties (.1) | 0.20<br>$0.00/ hr | $0.00 |
| 3/19/2007 | ECB1 | Process February 2007 bank statements; Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |

**Joseph A. Baldi & Associates, P. C.**                                                                1/07/2009

Alejandro - Trustee Matters                                                                    Page    2

---

| Date | | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/27/2007 | ECB1 | Process and deposit installment payment received from debtor | 0.10<br>$140.00/ hr | $14.00 |
| 4/16/2007 | ECB1 | Process March 2007 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 4/17/2007 | ECB1 | Teleconference with UST re missing bank statement | 0.20<br>$140.00/ hr | $28.00 |
| 5/03/2007 | ECB1 | Memo to UST in connection with annual review re projected closing date for case | 0.20<br>$140.00/ hr | $28.00 |
| 5/07/2007 | ECB1 | Update Trustee database with new projected closing date for case per UST recommendation | 0.10<br>$140.00/ hr | $14.00 |
| 5/15/2007 | ECB1 | Finalize 2006 year end Form 1 and Form 2 per UST follow up on annual review (.1) File same and email confirmation to UST (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 5/29/2007 | ECB1 | Process April 2007 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 5/29/2007 | ECB1 | Process installment payment from Debtor and deposit same | 0.10<br>$140.00/ hr | $14.00 |
| 6/12/2007 | ECB1 | Process May 2007 bank statements (.1) Reconcile Trustee's bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 7/23/2007 | ECB1 | Process June 07 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 8/15/2007 | ECB1 | Process July 07 bank statements (.1) Reconcile Trustee's accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 8/27/2007 | ECB1 | Process and deposit installment payment received from debtor | 0.20<br>$160.00/ hr | $32.00 |
| 9/18/2007 | ECB1 | Process August 07 bank statements (.1) Reconcile trustee's bank accounts (.1) | 0.20<br>$250.00/ hr | $50.00 |
| 10/03/2007 | ECB1 | Perform 3rd quarter status review for UST and update TR database | 0.20<br>$160.00/ hr | $32.00 |
| 10/11/2007 | ECB1 | Process September 07 bank statements: Reconcile accounts | 0.10<br>$160.00/ hr | $16.00 |
| 11/15/2007 | ECB1 | Process October 2007 bank statements & reconcile accounts | 0.20<br>$160.00/ hr | $32.00 |
| 1/08/2008 | ECB1 | Process November 07 Bank Statements (.1) Reconcile Accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 1/15/2008 | ECB1 | Process Dec 07 Bank Statements and reconcile accounts | 0.10<br>$160.00/ hr | $16.00 |

**Joseph A. Baldi & Associates, P. C.**                                          1/07/2009

Alejandro - Trustee Matters                                          Page    3

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 1/30/2008 | ECB1 | Prep 2007 Annual Report for UST | 1.00 $160.00/hr | $160.00 |
| 2/14/2008 | ECB1 | Process Jan 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 2/19/2008 | ECB1 | Prep TR Bond Disbursement report (.1) and prepare and transmit payment of annual bond premium to International sureties (.1) | 0.20 $160.00/hr | $32.00 |
| 2/26/2008 | ECB1 | Set up schedule for case closing | 0.10 $160.00/hr | $16.00 |
| 3/25/2008 | ECB1 | Process Feb 08 bank statements (.1) Reconcile TR's bank accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 4/15/2008 | ECB1 | Process March 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 4/21/2008 | ECB1 | Review written report from UST regarding 2007 annual review (.1) and consult with TR re response to same and meeting with UST (.1) | 0.20 $160.00/hr | $32.00 |
| 4/23/2008 | ECB1 | Prepare response to UST comments on Annual Review for 4/29 meeting with R. Sukley | 0.20 $160.00/hr | $32.00 |
| 5/16/2008 | ECB1 | Process April 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 7/09/2008 | ECB1 | Process May 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 7/16/2008 | ECB1 | Process June 08 bank statements (.1) Reconcile TR accounts to same (.1) | 0.20 $160.00/hr | $32.00 |
| 8/13/2008 | ECB1 | Process JY08 Bank Statements and reconcile TR bank accounts | 0.20 $160.00/hr | $32.00 |
| 9/15/2008 | ECB1 | Process August 08 bank statements (.1) Reconcile TR Bank Accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 10/07/2008 | ECB1 | Meet with TR and discuss status of claims review and case closing | 0.20 $160.00/hr | $32.00 |
| 10/22/2008 | ECB1 | Process Sept 08 bank statements and reconcile TR bank accounts | 0.10 $160.00/hr | $16.00 |
| 11/24/2008 | RKP | Review case file, docket and claim register for information needed to close case. | 0.50 $150.00/hr | $75.00 |

**Joseph A. Baldi & Associates, P.C.**

1/07/2009

Alejandro - Trustee Matters

Page    4

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/10/2008 | RKP | Prepare Trustee's final report (1.5): verify surplus funds and interest to be paid (.3): prepare notice of final hearing (.3): and related exhibits to final report (.3): review and edit final report package (.5) | 2.60 $150.00/hr | $390.00 |
| 12/11/2008 | ECB1 | Edit final report and related documents per Trustee (.5): compile documents and prepare final report package for submission to UST(1.5). | 2.00 $160.00/hr | $320.00 |
| 12/11/2008 | JAB | Review, edit and execute final report package. | 1.00 $400.00/hr | $400.00 |

Total Hours   16.90   Total Fees   $2,879.00

**Joseph A. Baldi & Associates, P. C.**

1/07/2009

Alejandro - Trustee Matters

Page    5

|  |  |
|---|---:|
| Total New Charges | $2,879.00 |
| Previous Balance | $0.00 |
| Balance Due | $2,879.00 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (1) C Berg | 4.80 | $140.00 |
| Elizabeth (1) C Berg | 0.20 | $0.00 |
| Elizabeth (1) C Berg | 7.20 | $160.00 |
| Elizabeth (1) C Berg | 0.20 | $250.00 |
| Joseph A Baldi | 0.40 | $350.00 |
| Joseph A Baldi | 1.00 | $400.00 |
| Ricki K Podorovsky | 3.10 | $150.00 |

Rule 2016 Affidavit

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JOSEPH G. AND CAROLINE T. ALEJANDRO, ) | | Case No. 06-02828 |
| ) | | |
| Debtors. ) | | Hon. Eugene R. Wedoff |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois  )
County of Cook  )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for First and Final Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not previously received payment of any compensation for services rendered in connection with this case. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates a law firm at which I was employed during the pendancy of this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on January 14, 2009

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

**Exhibit B**