UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOSEPH G. AND CAROLINE T. ALEJANDRO, | ) | Case No. 06-02828 |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

**Application for Allowance and Payment of Final Compensation
of Joseph A. Baldi & Associates, P.C., Attorneys for Trustee**

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Joseph G. and Caroline T. Alejandro, debtors ("Debtors"), pursuant to Section 330 of Title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to Baldi & Associates of 1) $1,602.00 as final compensation for 8.10 hours of legal services rendered to the Trustee from October 5, 2006 through the close of this case. In support thereof, Baldi & Associates respectfully states as follows:

**Introduction**

1. Debtors commenced this case on March 21, 2006 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. As of the Petition Date, Joseph A. Baldi was appointed as the chapter 7 trustee in this case and remains the duly appointed, qualified and acting trustee in this case.

3. As of the Petition Date, the Estate's primary asset was the equity in a 2005 Dodge Magnum automobile ("Property").

4. The bar date for filing claims in this case was September 28, 2006.

**Retention of Baldi & Associates**

5.     On December 19, 2006, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his counsel in this case. A copy of the order authorizing Trustee to retain Baldi & Associates is attached hereto as Exhibit A. Baldi & Associates has served as counsel for Trustee at all times since its retention.

6.     The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

>   Joseph A. Baldi -- Partner
>   Elizabeth C. Berg -- Associate/Paralegal[1]

**Prior Compensation Received**

7.     This is the first and final application ("Application") for allowance and payment of compensation that Baldi & Associates will file in this case.

**Services Rendered by Baldi & Associates**

8.     Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of

---

[1]    Ms. Berg is both a licensed attorney at law and a certified and duly trained paralegal. She has performed services on behalf of Trustee in this case in both capacities. As previously disclosed in the Trustee's application to employ Baldi & Associates, Ms. Berg billed for her services as an attorney at the rate of $200/hour and at $140/hour for paralegal services for the period before June 1, 2007 (and at the rate of $250/hour and at $160/hour for attorney and paralegal services, respectively, for the period after June 1, 2007). Ms. Berg maintains separate timekeeper numbers in order to distinguish her dual capacities and to bill her services at the appropriate rate.

2

services rendered by each attorney or paralegal in each category.

9.     The services rendered by Baldi & Associates during the period covered by this Application have been summarized in the two (2) categories below:

<u>General Administration</u>:  Baldi & Associates analyzed the potential equity in the Property; Baldi & Associates negotiated for a sale of the Property; Baldi & Associates prepared and presented the Trustee's Motion to Sell Property and a notice to creditors of the proposed sale; Baldi & Associates represented the Trustee at Court hearings; and Baldi & Associates prepared this final fee application and the Trustee's final fee application.

In connection with the foregoing, Baldi & Associates spent 7.00 hours for which it requests allowance and payment of final compensation in the amount of $1,448.00.

<u>Retention of Professionals</u>:  Baldi & Associates prepared the Trustee's Motion to Employ Attorneys.

In connection with the foregoing, Baldi & Associates spent 1.10 hours for which it requests allowance and payment of final compensation in the amount of $154.00.

**Compensation Requested**

10.    Baldi & Associates has expended a total of 8.10 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $1,602.00.

11.    All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested. In those instances where two or more

attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Trustee in connection with this case.

14. Baldi & Associates has not previously received or been promised any payments for services rendered in this case.

15. An Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed his Final Report simultaneously herewith. A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

19. Trustee has approximately $3,021.12 on deposit in the Estate's bank accounts. The

Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Joseph A. Baldi & Associates, P.C. in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case representing 100.00% of allowed claims, plus interest.

### Trustee's Approval

21.     Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A.      Allowing to Baldi & Associates final compensation in the amount of $1,602.00 for actual and necessary professional services rendered to the Trustee from October 5, 2006 through the closing of this case; and

B.      For such other and further relief as this Court deems appropriate.

Dated: January 14, 2009                    Joseph A. Baldi & Associates, P.C.

                                           Attorneys for Joseph A. Baldi, as trustee of the estate
                                           of Joseph G. and Caroline T. Alejandro, debtors


                                           By:    /s/
                                                  Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St., Suite 1500
Chicago IL  60603
312.726.8150

5

Retention Order

Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-02828 |
| Joseph & Caroline Alejandro, | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: December 19, 2006 |
| Debtors. | ) | Time: 9:30 a.m. |

**Order Authorizing Trustee to Employ Attorneys**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. as attorneys for Trustee and the affidavit of Joseph A. Baldi in support thereof; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Joseph & Caroline Alejandro, debtors, is authorized to employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefor.

Dated: December 19, 2006

ENTER:

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

DEC 19 2006

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Professional Qualifications**

Exhibit B

Baldi & Associates

Joseph A. Baldi

Joseph A. Baldi is the principal shareholder of Baldi & Associates. Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group. Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country. Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors, trucking companies, construction firms and gas production facilities.

Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships, retail firms and construction companies.

In addition to his experience in private practice, Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago, Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations, the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois as a member of his local elementary school board and a Park Ridge alderman.

Mr. Baldi received his Juris Doctor, *cum laude*, from DePaul University, Chicago, Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

## Baldi & Associates

<u>Elizabeth C. Berg</u>

Elizabeth C. Berg is an Associate of the firm and her expertise is in representing bankruptcy trustees and creditors in both chapter 7 and chapter 11 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

**Billing Statements**

**Exhibit C**

**Joseph A. Baldi & Associates, P.C.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

January 7, 2009
Invoice No: 1140

Joseph A. Baldi, trustee
c/o Joseph A. Baldi & Associates
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| ***Alejandro - General Administration*** | | | | | | | |
| | 7.00 | $1,448.00 | $0.00 | $1,448.00 | $0.00 | $0.00 | $1,448.00 |
| ***Alejandro - Retention of Professionals*** | | | | | | | |
| | 1.10 | $154.00 | $0.00 | $154.00 | $0.00 | $0.00 | $154.00 |
| Balance Due | $ 10 | $ 1,602.00 | | | | | $1,602.00 |

**Joseph A. Baldi & Associates, P. C.**                                           1/07/2009

Alejandro - General Administration                                                Page   2

---

**In Reference to:** *Alejandro - General Administration*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 10/05/2006 | ECB | Review schedules, amended schedules and exemptions to confirm Estate's interest in multiple vehicles (.3) Prepare Motion and Order to Authorize Sale of 2005 Dodge Magnum back to Debtors (1.1) Prepare Rule 2002 notice of sale to all creditors (.3) | 1.70 $200.00/ hr | $340.00 |
| 11/06/2006 | JAB | Teleconference with attorney for debtor regarding turnover of vehicle. purchase of same. (.5) Review and download claims. (.4) Review docket. review adversary proceeding. Telephone call to attorney for creditor re same and claim. (.2) | 1.10 $350.00/ hr | $385.00 |
| 11/27/2006 | ECB1 | Review and finalize agreement with Debtors for purchase of Dodge Magnum equity (.2) | 0.20 $140.00/ hr | $28.00 |
| 11/27/2006 | ECB1 | Revise Motion to Sell Automobile (.3) Revise Rule 2002 Notice for same (.1) Prep service of Rule 2002 on all creditors (.1) | 0.50 $140.00/ hr | $70.00 |
| 12/19/2006 | JAB | Attend court hearing - Motion to Hire Attorneys & Motion to Sell Car | 0.50 $350.00/ hr | $175.00 |
| 12/10/2008 | RKP | Prepare Baldi & Associates final fee application (1.0): coversheet, order and affidavit (.2): review and edit B&A fee application (.3): prepare Trustee fee application (1.0): coversheet, order and affidavit (.2): review and edit same (.3). | 3.00 $150.00/ hr | $450.00 |
| | | Total Hours | 7.00 | Total Fees $1,448.00 |

**Joseph A. Baldi & Associates, P. C.**

1/07/2009

Alejandro - General Administration

Page   3

---

|  |  |
|---|---|
| Total New Charges | $1,448.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,448.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.70 | $200.00 |
| Elizabeth (1) C Berg | 0.70 | $140.00 |
| Joseph A Baldi | 1.60 | $350.00 |
| Ricki K Podorovsky | 3.00 | $150.00 |

**Joseph A. Baldi & Associates, P. C.**

Alejandro - Retention of Professionals

1/07/2009

Page 4

**In Reference to:** *Alejandro - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 10/05/2006 | ECB1 | Prepare motion, order and affidavit to Retain attorneys | 0.70<br>$140.00/ hr | $98.00 |
| 11/27/2006 | ECB1 | Revise (.3) and prep service and filing of Motion to Hire Attorneys (.1) | 0.40<br>$140.00/ hr | $56.00 |
| | | Total Hours | 1.10   Total Fees | $154.00 |

**Joseph A. Baldi & Associates, P. C.**

1/07/2009

Alejandro - Retention of Professionals

Page    5

|  |  |
|---|---:|
| Total New Charges | $154.00 |
| Previous Balance | $0.00 |
| Balance Due | $154.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (1) C Berg | 1.10 | $140.00 |

Case 06-02828 Doc 33 Filed 02/23/09 Entered 02/23/09 10:24:20 Desc Main
Document Page 18 of 19

Baldi & Associates
Final Fee Application

Joseph G. and Caroline T. Alejandro
Case No. 06-02828

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JOSEPH G. AND CAROLINE T. ALEJANDRO, ) | | Case No. 06-02828 |
| ) | | |
| Debtors. ) | | Hon. Eugene R. Wedoff |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

2. I have read the Application for Allowance and Payment of Final Compensation of Joseph A. Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Joseph A. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates.

5. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 14th day of January, 2009

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

**Exhibit D**