UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| JOSEPH G & CAROLINE T ALEJANDRO, ) | Case No. 06-02828-ERW | |
| ) | | |
| Debtors. ) | Hon. Eugene R. Wedoff | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois

   On: **March 24, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                $3,024.78

   Disbursements                                                              $3.50

   Net Cash Available for Distribution                                    $3,021.28

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $584.34 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $0.00 | $1,602.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $129.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus 4.76% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Kohl"S Department Store | $76.31 | $86.89 |
| 000002 | Citibank (USA) NA | $53.23 | $60.61 |
| SURPLUS | Alejandro, Joseph G | $687.44 | $687.44 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 27, 2009**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60602

Trustee:     Joseph A. Baldi
Address:    Suite 1500
            19 South Lasalle Street
            Chicago, IL  60603
Phone No.:  (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Feb 27, 2009
Case: 06-02828                 Form ID: pdf002              Total Served: 29


The following entities were served by first class mail on Mar 01, 2009.
db/jdb         +Joseph G Alejandro,    Caroline T Alejandro,    248 W Elmwood Drive,
                 Chicago Heights, IL 60411-1069
10652707       +Bank Of America,    PO Box 1598,    Norfolk, VA 23501-1598
10652708       +Blatt, Hasenmiller, Leibsker et al,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
10652709       +CBUSA Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
10652710       +Charter One NA,    870 Westminster St.,    Providence, RI 02903-4024
10652711       +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
10652712       +Cingular Wireless,    P.O. Box 6428,    Carol Stream, IL 60197-6428
10652713        Citibank,    Citicorp Credit Services, Inc.,    PO Box 6003,    Hagerstown, MD 21747-6003
10902896       +Citibank (USA) NA,    POB 182149,    Columbus, OH 43218-2149
10652714       +City of Chicago Heights Water Dept.,    1601 Chicago Rd.,    Chicago Heights, IL 60411-3487
10652715       +Comcast,    PO Box 173885,    Denver, CO 80217-3885
10652717        Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
10652718       +Country Company Insurance,    PO Box 2020,    Bloomington, IL 61702-2020
10652719       +Edward M. Ruiz, DDS,    17901 Governors Highway,    Homewood, IL 60430-1144
10652722        MBNA America,    PO Box 15027,    Wilmington, DE 19850-5027
10652723       +Midland Credit Management,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
10652724       +Monogram Bank North America,    PO Box 17054,    Wilmington, DE 19884-0001
10652727       +Sears Gold Mastercard,    PO Box 182156,    Columbus, OH 43218-2156
10652728       +University of Chicago Hospital,    1122 Paysphere Circle,    Chicago, IL 60674-0011
10652729       +Visa Credit Card Services,    225 Chastain Meadows Ct.,    Kennesaw, GA 30144-5841
10652730       +Washington Mutual,    P.O. Box 660487,    Dallas, TX 75266-0487
10652731       +Washington Mutual / Providian,    PO Box 9180,    Pleasanton, CA 94566-9180
10652732        Washington Mutual Bank,    PO Box 1093,    Northridge, CA 91328

The following entities were served by electronic transmission on Feb 28, 2009.
10652716       +E-mail/Text: brandy.glashin@comed.com                            Commonwealth Edison & Co.,
                 System Credit / Bankruptcy Dept.,    2100 Swift Drive,    Oak Brook, IL 60523-1559
10652720       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2009 02:05:12      GEMB / Old Navy,    PO Box 981127,
                 El Paso, TX 79998-1127
10823480       +E-mail/PDF: cr-bankruptcy@kohls.com Feb 28 2009 02:04:40      Kohl's Department Store,
                 c/o creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10652721       +E-mail/PDF: cr-bankruptcy@kohls.com Feb 28 2009 02:04:40      Kohls,    N56 W 17000 Ridgewood Dr.,
                 Menomonee Falls, WI 53051-5660
10652725       +E-mail/Text: bankrup@nicor.com                                   Nicor,
                 Attention: Bankruptcy & Collections,    PO Box 549,    Aurora, IL 60507-0549
10652726       +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 2020,
                 Aurora, IL 60507-2020
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Joseph A Baldi & Associates P C
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**          **Signature:**  *Joseph Speetjens*