# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 06-02828 |
| ALEJANDRO, JOSEPH G | § | |
| ALEJANDRO, CAROLINE T | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSEPH & CAROLINE ALEJANDRO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charter One |  |  |  |  |  |
| Cook County Treasurer |  |  |  |  |  |
| Washington Mutual |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | | | | | |
| CBUSA Sears | | | | | |
| Chase | | | | | |
| Cingular Wireless | | | | | |
| Citibank | | | | | |
| City of Chicago Hgts Water Dept | | | | | |
| ComEd | | | | | |
| Comcast | | | | | |
| County Company Insurance | | | | | |
| Edward M. Ruiz, DDS | | | | | |
| GEMB/Old Navy | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Midland Credit Management | | | | | |
| Monogram Bank North America | | | | | |
| Nicor | | | | | |
| University of Chicago Hospital | | | | | |
| Visa Credit Card Services | | | | | |
| Washington Mutual | | | | | |
| Washington Mutual/Providian | | | | | |
| CITIBANK (USA) NA | | | | | |
| KOHL"S DEPARTMENT STORE | | | | | |
| CITIBANK (USA) NA | | | | | |
| KOHL"S DEPARTMENT STORE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-02828   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ALEJANDRO, JOSEPH G | Date Filed (f) or Converted (c): | 03/21/06 (f) |
| | ALEJANDRO, CAROLINE T | 341(a) Meeting Date: | 05/12/06 |
| For Period Ending: | 05/26/09 | Claims Bar Date: | 09/28/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Real Property — Single Family Residence located at 248 W. Elmwood Drive, Chicago Heights, IL | 109,000.00 | 0.00 | | 0.00 | FA |
| 2. | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. | Checking, Savings Accounts — Heritage Bank Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 4. | Household Goods & Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. | Books and Art Objects | 100.00 | 0.00 | | 0.00 | FA |
| 6. | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. | Interests-IRA, ERISA, KEOGH, & etc — Debtor's interest in employer 401(k) plan | Unknown | Unknown | | 0.00 | FA |
| 8. | Other Contingent Unliquidated Claim — Possible 2005 IRS and State of Illinois Tax Refunds | 3,900.00 | 0.00 | | 0.00 | FA |
| 9. | Automobiles and Other Vehicles — 2001 Chrysler PT Cruiser (60,000 miles) | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. | Automobiles and Other Vehicles — 1990 Chevy Van | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. | Automobiles and Other Vehicles — 2001 Ford Escort | 1,700.00 | 0.00 | | 0.00 | FA |
| 12. | Automobiles and Other Vehicles — 2005 Dodge Magnum | 8,000.00 | 3,000.00 | | 3,000.00 | FA |
| 13. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 24.84 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $129,720.00 | $3,000.00 | | $3,024.84 | $0.00 |

(Total Dollar Amount in Column 6)

Ver: 14.30d

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 06-02828   ERW   Judge: Eugene R. Wedoff | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ALEJANDRO, JOSEPH G | | Date Filed (f) or Converted (c): | 03/21/06 (f) |
| | ALEJANDRO, CAROLINE T | | 341(a) Meeting Date: | 05/12/06 |
| | | | Claims Bar Date: | 09/28/06 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigated interest in home and determined no equity;  Negotiated repurchase of estate's interest in Debtors' auto for $3,000 in (8) installments.

Obtained court approval of same.  Bar date set.   Final installment rec'd in Oct. 07.  TFR drafted, will finalize and submit to UST.

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 02/28/09

**FORM 2**     Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-02828 -ERW | |
| Case Name: | ALEJANDRO, JOSEPH G | |
| | ALEJANDRO, CAROLINE T | |
| Taxpayer ID No: | *******3064 | |
| For Period Ending: | 05/26/09 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0627  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/06 | 12 | JOSEPH G. ALEJANDRO | Initial Installment on Auto Sale | 1129-000 | 500.00 | | 500.00 |
| | | 248 W. Elmwood Drive | | | | | |
| | | Chicago Heights, Il 60411 | | | | | |
| 12/19/06 | 12 | Joseph & Caroline Alejandro | Installment 2 of 10 | | 275.00 | | 775.00 |
| | | 248 W. Elmwood Drive | | | | | |
| | | Chicago Heights  IL 60411 | | | | | |
| | 12 | ALEJANDRO | Memo Amount:  275.00 | 1129-000 | | | |
| | | | Installment 2 of 10 | | | | |
| 12/29/06 | 13 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 0.49 | | 775.49 |
| 01/23/07 | 12 | Joseph & Caroline Alejandro | Installment #3 | 1129-000 | 275.00 | | 1,050.49 |
| | | 248 W. Elmwood Drive | | | | | |
| | | Chicago Heights  IL 60411 | | | | | |
| 01/31/07 | 13 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 0.70 | | 1,051.19 |
| 02/20/07 | | Transfer to Acct #*******0850 | Bank Funds Transfer | 9999-000 | | 0.65 | 1,050.54 |
| 02/28/07 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.81 | | 1,051.35 |
| 03/01/07 | 12 | JOSEPH G. ALEJANDRO | Installment 4 | 1129-000 | 275.00 | | 1,326.35 |
| | | 248 W. Elmwood Drive | | | | | |
| | | Chicago Heights, Il 60411 | | | | | |
| 03/27/07 | | Joseph & Caroline Alejandro | Installment #5 | 1129-000 | 275.00 | | 1,601.35 |
| | | 248 W. Elmwood Drive | | | | | |
| | | Chicago Heights  IL 60411 | | | | | |
| 03/30/07 | 13 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.11 | | 1,602.46 |
| 04/30/07 | 12 | Joseph & Caroline Alejandro | Installment No. 6 | 1129-000 | 275.00 | | 1,877.46 |
| | | 248 W. Elmwood Drive | | | | | |
| | | Chicago Heights  IL 60411 | | | | | |
| 04/30/07 | 13 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.32 | | 1,878.78 |
| * 05/03/07 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-003 | 0.09 | | 1,878.87 |
| 05/03/07 | | Transfer from Acct #*******0850 | Bank Funds Transfer | 9999-000 | 1,878.87 | | 3,757.74 |
| | | | Final Posting and transfer made in error during the | | | | |
| | | | final distribution of another case (Michael Querrey). | | | | |

FORM 2   Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-02828 -ERW |
| Case Name: | ALEJANDRO, JOSEPH G |
| | ALEJANDRO, CAROLINE T |
| Taxpayer ID No: | *******3064 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0627  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/03/07 | | Transfer to Acct #*******0850 | Redeposit funds upon discovery of error.  ECB Final Posting Transfer Redeposit funds transferred in error. | 9999-000 | | 1,878.87 | 1,878.87 |
| 05/29/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL  60411 | Installment # 7 | 1129-000 | 275.00 | | 2,153.87 |
| 05/31/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.58 | | 2,155.45 |
| 06/26/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL  60411 | Installment #8 | 1129-000 | 275.00 | | 2,430.45 |
| 06/29/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.78 | | 2,432.23 |
| 07/31/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 2.07 | | 2,434.30 |
| 08/08/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL  60411 | Installment #9 | 1129-000 | 275.00 | | 2,709.30 |
| 08/27/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL  60411 | Installment #10 | 1129-000 | 275.00 | | 2,984.30 |
| 08/31/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 2.22 | | 2,986.52 |
| * 09/18/07 | 13 | Reverses Interest on 05/03/07 | INTEREST REC'D FROM BANK Need to reverse 5/3 entry of interest which was posted when Final Posting Transfer occurred in error (ECB was closing a separate case and entered transfer of funds on screen of this case).  Final Posting entry was reversed but 5/3 interest entry was lnot, resulting in excess interest of .09.  Reversing the 5/3 interest posting reconciles account.  ECB 9/18/07 | 1270-003 | -0.09 | | 2,986.43 |
| 09/28/07 | 13 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 1.90 | | 2,988.33 |
| 10/04/07 | 12 | Joseph & Caroline Alejandro 248 W. Elmwood Drive Chicago Heights  IL  60411 | Final Installment | 1129-000 | 25.00 | | 3,013.33 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-02828  -ERW | |
| Case Name: | ALEJANDRO, JOSEPH G | |
| | ALEJANDRO, CAROLINE T | |
| Taxpayer ID No: | *******3064 | |
| For Period Ending: | 05/26/09 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0627  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | 13 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 1.92 | | 3,015.25 |
| 11/30/07 | 13 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 1.61 | | 3,016.86 |
| 12/31/07 | 13 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 1.44 | | 3,018.30 |
| 01/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 1.20 | | 3,019.50 |
| 02/19/08 | | Transfer to Acct #*******0850 | Bank Funds Transfer | 9999-000 | | 2.85 | 3,016.65 |
| 02/29/08 | 13 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 0.72 | | 3,017.37 |
| 03/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.71 | | 3,018.08 |
| 04/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.62 | | 3,018.70 |
| 05/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,019.08 |
| 06/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.37 | | 3,019.45 |
| 07/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,019.83 |
| 08/29/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,020.21 |
| 09/30/08 | 13 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,020.59 |
| 10/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.29 | | 3,020.88 |
| 11/28/08 | 13 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.24 | | 3,021.12 |
| 12/31/08 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 3,021.28 |
| 01/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,021.30 |
| 02/27/09 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,021.32 |
| 03/24/09 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,021.34 |
| 03/24/09 | | Transfer to Acct #*******0850 | Final Posting Transfer | 9999-000 | | 3,021.34 | 0.00 |
| | | | Transfer funds for final distribution.  ecbMarch 24, 2009, 09:01 am | | | | |

Ver: 14.30d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-02828  -ERW | |
| Case Name: | ALEJANDRO, JOSEPH G | |
| | ALEJANDRO, CAROLINE T | |
| Taxpayer ID No: | *******3064 | |
| For Period Ending: | 05/26/09 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0627  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Account *******0627 | | Balance Forward | 0.00 | |
| | 11 | Deposits | 3,000.00 | |
| | 30 | Interest Postings | 24.84 | |
| | | Subtotal | $ 3,024.84 | |
| | 0 | Adjustments In | 0.00 | |
| | 1 | Transfers In | 1,878.87 | |
| | | Total | $ 4,903.71 | |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 4 | Transfers Out | 4,903.71 |
| | Total | $ 4,903.71 |

| | |
|---|---|
| Memo Allocation Receipts: | 275.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 275.00 |

Ver: 14.30d

FORM 2                                                                                         Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-02828  -ERW |
| Case Name: | ALEJANDRO, JOSEPH G |
| | ALEJANDRO, CAROLINE T |
| Taxpayer ID No: | *******3064 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0850  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0627 | Bank Funds Transfer | 9999-000 | 0.65 | | 0.65 |
| 02/20/07 | 001001 | International Sureties, Ltd. | Bank Funds Transfer | 2300-000 | | 0.65 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans  LA  70130 | | | | | |
| 05/03/07 | | Transfer from Acct #*******0627 | Final Posting Transfer | 9999-000 | 1,878.87 | | 1,878.87 |
| | | | Redeposit funds transferred in error. | | | | |
| 05/03/07 | | Transfer to Acct #*******0627 | Bank Funds Transfer | 9999-000 | | 1,878.87 | 0.00 |
| | | | Final Posting and transfer made in error during the | | | | |
| | | | final distribution of another case (Michael Querrey). | | | | |
| | | | Redeposit funds upon discovery of error.  ECB | | | | |
| 02/19/08 | | Transfer from Acct #*******0627 | Bank Funds Transfer | 9999-000 | 2.85 | | 2.85 |
| 02/19/08 | 001002 | International Sureties | Bond Premium Payment | 2300-000 | | 2.85 | 0.00 |
| | | 701 Pydras Street  #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/24/09 | | Transfer from Acct #*******0627 | Transfer In From MMA Account | 9999-000 | 3,021.34 | | 3,021.34 |
| | | | Transfer funds for final distribution.  ecbMarch 24, | | | | |
| | | | 2009, 09:01 am | | | | |
| 03/26/09 | 001003 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 584.34 | 2,437.00 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 03/26/09 | 001004 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,602.00 | 835.00 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 03/26/09 | 001005 | Kohl"s Department Store | Claim 000001, Payment 113.86% | | | 86.89 | 748.11 |
| | | c/o creditors Bankruptcy Service | | | | | |
| | | P O Box 740933 | | | | | |
| | | Dallas, TX 75374 | | | | | |
| | | | Claim        76.31 | 7100-000 | | | 748.11 |

FORM 2                                                                    Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | |
|---|---|
| Case No: | 06-02828 -ERW |
| Case Name: | ALEJANDRO, JOSEPH G |
| | ALEJANDRO, CAROLINE T |
| Taxpayer ID No: | *******3064 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0850  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest | 10.58 | 7990-000 | | | 748.11 |
| 03/26/09 | 001006 | Citibank (USA) NA | Claim 000002, Payment 113.86% | | | | 60.61 | 687.50 |
| | | POB 182149 | | | | | | |
| | | Columbus,  OH 43218 | | | | | | |
| | | | Claim | 53.23 | 7100-000 | | | 687.50 |
| | | | Interest | 7.38 | 7990-000 | | | 687.50 |
| 03/26/09 | 001007 | JOSEPH & CAROLINE ALEJANDRO | Surplus Funds | | 8200-002 | | 687.50 | 0.00 |
| | | 248 W ELMWOOD DRIVE | | | | | | |
| | | CHICAGO HEIGHTS, IL  60411 | | | | | | |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | |
| Memo Allocation Disbursements: | 0.00 | | |
| Memo Allocation Net: | 0.00 | | |

| Account | *******0850 | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 7 | Checks | 3,024.84 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 1,878.87 |
| | Subtotal | $ | 0.00 | | Total | $ | 4,903.71 |
| 0 | Adjustments In | 0.00 | | | |
| 4 | Transfers In | 4,903.71 | | | |
| | Total | $ | 4,903.71 | | | |

FORM 2                                                                                                                Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                    Exhibit 9

| | |
|---|---|
| Case No: | 06-02828  -ERW |
| Case Name: | ALEJANDRO, JOSEPH G |
| | ALEJANDRO, CAROLINE T |
| Taxpayer ID No: | *******3064 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0850  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | 275.00 | | |
| Total Allocation Disbursements: | 0.00 | | |
| Total Memo Allocation Net: | 275.00 | | |

| | Report Totals | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 11 | | Deposits | 3,000.00 | 11 | Checks | 3,024.84 |
| 30 | | Interest Postings | 24.84 | 0 | Adjustments Out | 0.00 |
| | | | | 5 | Transfers Out | 6,782.58 |
| | | Subtotal | $ 3,024.84 | | | |
| | | | | | Total | $ 9,807.42 |
| 0 | | Adjustments In | 0.00 | | | |
| 5 | | Transfers In | 6,782.58 | | | |
| | | Total | $ 9,807.42 | | Net Total Balance | $ 0.00 |